Robert M. Stern (RS 3005)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 385-5414

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY W. WYATT and DOV FRISHBERG,<br><br>    Plaintiffs,<br>v.<br><br>PRICEWATERHOUSECOOPERS LLP, RETIREMENT PLAN FOR EMPLOYEES OF PRICEWATERHOUSECOOPERS LLP, and RETIREMENT BENEFIT ACCUMULATION PLAN FOR EMPLOYEES OF PRICEWATERHOUSECOOPERS LLP,<br><br>    Defendants. | **CIVIL ACT. NO. 07-CV-07249-HB**<br><br>**JUDGE HAROLD BAER**<br><br>**NOTICE OF APPEARANCE** |

   Please enter the appearance of Robert M. Stern as attorney for defendants PriceWaterhouseCoopers LLP, Retirement Plan for Employees of PriceWaterhouseCoopers LLP, and Retirement Benefit Accumulation Plan for Employees of PriceWaterhouseCoopers LLP in the above-captioned case.

  Dated: September 10, 2007

                  Respectfully submitted,

                  O'MELVENY & MYERS LLP

                  ___s/Robert M. Stern_____
                  Robert M. Stern
                  O'Melveny & Myers LLP
                  1625 Eye Street, NW
                  Washington, DC 20006
                  (202) 383-5300