Robert M. Stern (RS 3005)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 385-5414

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY W. WYATT and DOV FRISHBERG, | CIVIL ACT. NO. 07-CV-07249-HB |
| Plaintiffs, | JUDGE HAROLD BAER |
| v. | |
| PRICEWATERHOUSECOOPERS LLP, RETIREMENT PLAN FOR EMPLOYEES OF PRICEWATERHOUSECOOPERS LLP, and RETIREMENT BENEFIT ACCUMULATION PLAN FOR EMPLOYEES OF PRICEWATERHOUSECOOPERS LLP, | DISCLOSURE STATEMENT OF PRICEWATERHOUSECOOPERS LLP |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for PricewaterhouseCoopers LLP certifies that PricewaterhouseCoopers LLP is a limited liability partnership with no publicly-held interests or parent corporation.

Dated: September 21, 2007

      Respectfully submitted,

      O'MELVENY & MYERS LLP

      ___s/Robert M. Stern_____
      Robert M. Stern
      O'Melveny & Myers LLP
      1625 Eye Street, NW
      Washington, DC 20006
      (202) 383-5300