Robert M. Stern (RS 3005)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 385-5414

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY W. WYATT and DOV FRISHBERG, | **CIVIL ACT. NO. 07-CV-07249-HB** |
| Plaintiffs, | **JUDGE HAROLD BAER** |
| v. | |
| PRICEWATERHOUSECOOPERS LLP, RETIREMENT PLAN FOR EMPLOYEES OF PRICEWATERHOUSECOOPERS LLP, and RETIREMENT BENEFIT ACCUMULATION PLAN FOR EMPLOYEES OF PRICEWATERHOUSECOOPERS LLP, | **MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |
| Defendants. | |

Upon the annexed Affidavits in Support of Motion to Admit Counsel *Pro Hac Vice*, defendants PriceWaterhouseCoopers LLP, Retirement Plan for Employees of PriceWaterhouseCoopers LLP, and Retirement Benefit Accumulation Plan for Employees of PriceWaterhouseCoopers LLP hereby move this Court, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, for an order admitting Karen M. Wahle, Esq. and Khuong Phan, Esq., to the Bar of this Court, *pro hac vice*, for the purposes of representing the defendants in the above-captioned proceeding.

A proposed order is attached.

Dated:  September 2ι, 2007

 

 

Respectfully submitted,

O'MELVENY & MYERS LLP

Robert M. Stern (RS 3005)
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300

## CERTIFICATE OF SERVICE

I hereby certify that copies of the Affidavits in Support of Motion to Admit Counsel *Pro Hac Vice* and Motion to Admit Counsel *Pro Hac Vice* were delivered via overnight mail on this 21 day of September, 2007 to the following:

> Eli Gottesdiener
> Gottesdiener Law Firm, PLLC
> 498 7th Street
> Brooklyn, NY 11215
>
> Attorneys for Plaintiffs

DC1:720242.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY W. WYATT and DOV FRISHBERG, | **CIVIL ACT. NO. 07-CV-07249-HB** |
| Plaintiffs, | **JUDGE HAROLD BAER** |
| v. | |
| | **AFFIDAVIT IN SUPPORT OF** |
| PRICEWATERHOUSECOOPERS LLP, | **MOTION TO ADMIT COUNSEL** |
| RETIREMENT PLAN FOR EMPLOYEES OF | ***PRO HAC VICE*** |
| PRICEWATERHOUSECOOPERS LLP, and | |
| RETIREMENT BENEFIT ACCUMULATION | |
| PLAN FOR EMPLOYEES OF | |
| PRICEWATERHOUSECOOPERS LLP, | |
| Defendants. | |

**DISTRICT OF COLUMBIA**      )
                             )      **SS:**
                             )

KAREN M. WAHLE, being duly sworn, hereby deposes and says as follows:

1.      I am an attorney and a partner of the law firm of O'Melveny & Myers LLP,
attorneys for defendants PriceWaterhouseCoopers LLP, Retirement Plan for Employees of
PriceWaterhouseCoopers LLP, and Retirement Benefit Accumulation Plan for Employees of
PriceWaterhouseCoopers LLP in this action. I make this affidavit in support of the motion for an
order admitting me, *pro hac vice*, to the bar of this Court pursuant to Local Civil Rule 1.3(c) of
the Local Rules of the United States District Court for the Southern District of New York.

2.      I am a member in good standing of the Bar of the District of Columbia. The
Certificate of Good Standing from the Bar of the District of Columbia is annexed hereto.

3.      There are no pending disciplinary proceedings against me in any State or Federal court.

4.      Robert M. Stern, a member of the bar of this Court, will continue to be involved in all aspects of the defense of this litigation and will supervise all work that I perform on this case.

5.      I respectfully request that I be admitted *pro hac vice* to the bar of this Court for purposes of representing the defendants in the above-captioned proceeding.

Further, affiant sayeth not.

_____
Karen M. Wahle

Dated:  September 10, 2007

Subscribed and sworn to before me
this 10th day of September 2007.

_____
NOTARY PUBLIC

JORETHA C. BARNES
Notary Public, District of Columbia
My Commission Expires March 14, 2010



### District of Columbia Court of Appeals
#### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

KAREN M. WAHLE

---

was on the   10th   day of    JANUARY, 1994

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I
have hereunto subscribed my
name and affixed the seal
of this Court at the City
of Washington, D.C., on
September 10, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____

Deputy Clerk

Robert M. Stern (RS 3005)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 385-5414

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY W. WYATT and DOV FRISHBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br>RETIREMENT PLAN FOR EMPLOYEES OF<br>PRICEWATERHOUSECOOPERS LLP, and<br>RETIREMENT BENEFIT ACCUMULATION<br>PLAN FOR EMPLOYEES OF<br>PRICEWATERHOUSECOOPERS LLP,<br><br>    Defendants. | **CIVIL ACT. NO. 07-CV-07249-HB**<br><br>**JUDGE HAROLD BAER**<br><br>**AFFIDAVIT IN SUPPORT OF<br>MOTION TO ADMIT COUNSEL**<br>***PRO HAC VICE*** |

**DISTRICT OF COLUMBIA**    )
                                )    SS:
                                )

KHUONG G. PHAN, being duly sworn, hereby deposes and says as follows:

1.    I am an attorney in the law firm of O'Melveny & Myers LLP, attorneys for

defendants PriceWaterhouseCoopers LLP, Retirement Plan for Employees of

PriceWaterhouseCoopers LLP, and Retirement Benefit Accumulation Plan for Employees of

PriceWaterhouseCoopers LLP in this action. I make this affidavit in support of the motion for an

order admitting me, *pro hac vice*, to the bar of this Court pursuant to Local Civil Rule 1.3(c) of

the Local Rules of the United States District Court for the Southern District of New York.

1

2.      I am a member in good standing of the Bar of the District of Columbia.  The

Certificate of Good Standing from the Bar of the District of Columbia is annexed hereto.

3.      There are no pending disciplinary proceedings against me in any State or Federal

court.

4.      Robert M. Stern, a member of the bar of this Court, will continue to be involved

in all aspects of the defense of this litigation and will supervise all work that I perform on this

case.

5.      I respectfully request that I be admitted *pro hac vice* to the bar of this Court for

purposes of representing the defendants in the above-captioned proceeding.

Further, affiant sayeth not.

Khuong G. Phan

Dated:  September 17, 2007

Subscribed and sworn to before me
this ___ day of September 2007.

_____

NOTARY PUBLIC

2

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

State of California

County of *Orange*          } ss.

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____          _____
Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this

*17th* day of *September*, *2007*, by
   Date          Month          Year

(1) *Khuong G. Phan*,
              Name of Signer

⌐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
   to be the person who appeared before me (.) (,)
                                        (and

(2)_____,
              Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
   to be the person who appeared before me.)

_____
Signature of Notary Public

**NANCY A. JAFFEE**
Commission # 1541076
Notary Public - California
Orange County
My Comm. Expires Jan 2, 2009

Place Notary Seal Above

──────── **OPTIONAL** ────────

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document:_____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia
Court of Appeals, do hereby certify that

KHUONG G. PHAN

was on the    3rd    day of    JUNE, 2002

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I
have hereunto subscribed my
name and affixed the seal
of this Court at the City
of Washington, D.C., on
September 10, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____

Deputy Clerk