Karen M. Wahle (KW 0716)
Robert M. Stern (RS 3005)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel:  (202) 383-5300
Fax:  (202) 383-5414

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GARY WYATT and DOV FRISHBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br>RETIREMENT PLAN FOR EMPLOYEES OF<br>PRICEWATERHOUSECOOPERS LLP, and<br>RETIREMENT BENEFIT ACCUMULATION<br>PLAN FOR EMPLOYEES OF<br>PRICEWATERHOUSECOOPERS LLP,<br><br>    Defendants. | Civil Action No. 07 Civ. 7249<br>(ECF Matter)<br><br>Judge Harold Baer |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED R. CIV. P. 12(c)

PLEASE TAKE NOTICE that, upon the accompanying Defendants' Memorandum of

Law in Support of Defendants' Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ.

P. 12(c), the Declaration of Robert Nacron, and the exhibits thereto, the undersigned hereby

moves this Court for an order, pursuant to Fed. R. Civ. P. 12(c), dismissing Plaintiffs' Class

Action Complaint with prejudice for the reasons set forth in the accompanying Defendants'

Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings Pursuant

to Fed. R. Civ. P. 12(c), and granting such other and further relief as the Court deems just and

proper.

Dated: October 24, 2007

/s/  Karen M. Wahle
Karen M. Wahle (KW 0716)
Robert M. Stern (RS 3005)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
T: (202) 383-5300
F: (202) 383-5414

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on October 24, 2007, I electronically filed (1) Defendants' Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c); (2) Defendants' Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c); and (3) Declaration of Robert Nacron, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

/s/ Karen M. Wahle
Karen M. Wahle