**Gottesdiener**
Law Firm, PLLC

 DEC 12 2007

New York | Washington, D.C.
www.gottesdienerlaw.com

498 7th Street
Brooklyn, NY 11215
Tel: 718.788.1500
Fax: 718.788.1650

Eli Gottesdiener
eli@gottesdienerlaw.com

December 12, 2007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/17/07

Via Facsimile

Hon. Harold Baer, Jr.
Judge, United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2230
New York, New York 10007-1312

Re:   Plaintiffs' Request for Enlargement of Time to Pursue Possible Settlement
      *Wyatt v. PricewaterhouseCoopers LLP*, 07-cv-7249(HB)

Dear Judge Baer:

The parties in the above-entitled action have begun settlement discussions. To allow the parties to focus on such a potential negotiated resolution, Plaintiffs, with Defendants' consent, hereby request that their due date for filing their opposition to Defendants' motion for judgment on the pleadings (currently Monday December 17, 2007) be pushed back until December 31, 2007 by which time the parties should have either resolved the matter or determined that an early resolution is not in the offing.

This is Plaintiffs' second requested extension.

Granted 12/17/07
[signature]
U.S.D.J.

Sincerely,

/s

Eli Gottesdiener

Attorney for Plaintiffs Gary Wyatt and
Dov Frishberg and the proposed Class

cc:   Karen M. Wahle, Esq.