# Gottesdiener
## Law Firm, PLLC

New York | Washington, D.C.
www.gottesdienerlaw.com

498 7th Street
Brooklyn, NY 11215
Tel: 718.788.1500
Fax: 718.788.1650

Eli Gottesdiener
eli@gottesdienerlaw.com

December 27, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08
```

<u>Via Facsimile</u>

Hon. Harold Baer, Jr.
Judge, United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2230
New York, New York 10007-1312

Re:   Plaintiffs' Request for Enlargement of Time to Pursue Possible Settlement
       *Wyatt v. PricewaterhouseCoopers LLP*, 07-cv-7249(HB)

Dear Judge Baer:

The parties' settlement talks have progressed but due to the holiday vacations of Defendants' pension personnel, Plaintiffs have not been able to obtain the calculations and pension information they have requested to more fully evaluate the parties' current positions. We respectfully request one final extension of time (this is our third requested extension, the first request was unrelated to the parties' attempts to settle the case) until January 15, 2008 to either report to the Court that the case has been settled or to file our opposition to Defendants' motion for judgment on the pleadings.

[Handwritten: Granted to 1/15/08 & PTSC remains in full force & effect]

Sincerely,

/s

Eli Gottesdiener
Attorney for Plaintiffs Gary Wyatt and Dov Frishberg and the proposed Class

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 1/2/08

cc:   Karen M. Wahle, Esq.