UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARY W. WYATT and DOV FRISHBERG,

On behalf of themselves and on
behalf of all others similarly situated,

           : 07 Civ. 7249 (HB)

        Plaintiffs,

           ORDER OF
- against -           DISCONTINUANCE

PRICEWATERHOUSECOOPERS LLP,
RETIREMENT PLAN FOR EMPLOYEES
OF PRICEWATERHOUSECOOPERS LLP, and
RETIREMENT BENEFIT ACCUMULATION
PLAN FOR EMPLOYEES OF
PRICEWATERHOUSECOOPERS LLP,

        Defendants.
------------------------------------------------------------X

      This cause having duly come on to be heard before me and the attorneys for all parties having advised the Court that all claims asserted herein are settled or are in the process of being settled, it is hereby

      ORDERED that the above entitled action be and hereby is discontinued without costs to either party. Should settlement not be finalized by March 16, 2008, any party may apply to have the action reopened.

**SO ORDERED**

Dated: New York, New York
       February __, 2008

HAROLD BAER, JR.
United States District Judge

I hereby consent to the entry of this proposed Order

_____  
For Plaintiffs  
Eli Gottesdiener  
2-15-08

_____  
For Defendants  
Karen M. Wahle  
2-15-08

2