ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
APR -- 2008
J.S. DISTRICT JUDGE
S.D.N.Y.

| | |
|---|---|
| GARY WYATT and DOV FRISHBERG,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br>RETIREMENT PLAN FOR EMPLOYEES OF<br>PRICEWATERHOUSECOOPERS LLP, and<br>RETIREMENT BENEFIT ACCUMULATION<br>PLAN FOR EMPLOYEES OF<br>PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Civil Action No. 07 Civ. 7249<br>(ECF Matter)<br><br>Judge Harold Baer<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys or representatives of record for all the parties to the above entitled action, that the above entitled action be, and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to pay their own costs and fees. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED:  April 10, 2008

_____
Eli Gottesdiener
Gottesdiener Law Firm, PLLC
498 7th Street
Brooklyn, NY 11215
(Tel): (718) 788-1500
(Fax): (718) 788-1650

*Counsel for Plaintiffs*

SO ORDERED:

_____
Karen M. Wahle (KW 0716)
Robert M. Stern (RS 3005)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001
Tel: (202) 383-5300
Fax: (202) 383-5414

*Counsel for Defendants*

_____ 4/11/08
U.S.D.J.